IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL PEÑA,

    Plaintiff,

vs.                                                                     No. CIV 12-0710 JB/WDS

DALE GREFFET and CARLOS VALLEJOS,
in their individual capacities, ARLENE
HICKSON in her individual and official
capacity & CORRECTIONS
CORPORATION OF AMERICA,

    Defendants.

## **ORDER**

    **THIS MATTER** comes before the Court on the Defendant Vallejos' Motion to Dismiss Plaintiff's Claims in the First Amended Complaint, filed March 18, 2013 (Doc. 32). The Court held a hearing on June 20, 2013. For the reasons the Court stated on the record, the Court will grant the motion.

    **IT IS ORDERED** that the Defendant Vallejos' Motion to Dismiss Plaintiff's Claims in the First Amended Complaint, filed March 18, 2013 (Doc. 32), is granted.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

Zachary A. Ives
Garcia Ives Nowara
Albuquerque, New Mexico

--and --

Mark Fine
Charlotte Itoh
Fine Law Firm
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Michael S. Jahner
Yenson, Lynn, Allen & Wosick, P.C.
Albuquerque, New Mexico

      *Attorneys for Defendant Dale Greffet*

Deborah D. Wells
Kennedy, Moulton & Wells, P.C
Albuquerque, New Mexico

--and--

Christina G. Retts
Struck Wieneke & Love
Chandler, Arizona

      *Attorneys for Defendants Carlos Vallejos, Arlene Hickson,*
        *and Corrections Corporation of America*