IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL PEÑA,

    Plaintiff,

vs.                                                           No. CIV 12-0710 JB/KBM

DALE GREFFET and CARLOS VALLEJOS,
in their individual capacities; ARLENE
HICKSON, in her individual and official
capacities and CORRECTIONS
CORPORATION OF AMERICA,

    Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on the CCA Defendants' Motion for Judgment on the Pleadings, filed September 20, 2013 (Doc. 63)("Motion"). The Court held a hearing on September 5, 2014. The Court will deny the Motion.

**IT IS ORDERED** that the CCA Defendants' Motion for Judgment on the Pleadings, filed September 20, 2013 (Doc. 63), is denied.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel*:

Zachary A. Ives
Garcia Ives Nowara
Albuquerque, New Mexico

--and--

---

[1]This Order disposes of the CCA Defendants' Motion for Judgment on the Pleadings, filed September 20, 2013 (Doc. 63). The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision

- 2 -

Mark Fine
Charlotte Itoh
Fine Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Michael S. Jahner
Yenson, Lynn, Allen & Wosick, PC
Albuquerque, New Mexico

    *Attorneys for Defendant Dale Greffet*

Deborah D. Wells
Kennedy, Moulton & Wells, PC
Albuquerque, New Mexico

--and--

Christina G. Retts
Struck Wieneke & Love
Chandler, Arizona

    *Attorneys for Defendants Carlos Vallejos, Arlene Hickson, and Corrections Corporation
     of America*