IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL PEÑA,

    Plaintiff,

vs.            No. CIV 12-0710 JB/KBM

DALE GREFFET and CARLOS VALLEJOS,
in their individual capacities; ARLENE
HICKSON, in her individual and official
capacities; and CORRECTIONS
CORPORATION OF AMERICA,

    Defendants.

## ORDER WITHDRAWING MEMORANDUM OPINION

**THIS MATTER** comes before the Court on its Memorandum Opinion and Amended Order, filed May 7, 2015 (Doc. 137)("MOAO").  The Court wants to make some revisions to the Memorandum Opinion portion of the MOAO, and the Court will thus withdraw the Memorandum Opinion and reissue an Amended Memorandum Opinion at a later date, with additional analysis.  The Court remains of the opinion that the result it reached in the MOAO -- dismissing Count II with prejudice and reinstating Count VI -- is correct, and the Amended Order portion of the MOAO will remain untouched, but the Court will modify the opinion.  See MOAO at 49-50.

**IT IS ORDERED** that the Memorandum Opinion portion of the Memorandum Opinion and Amended Order, filed May 7, 2015 (Doc. 137), is withdrawn.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel*:

Zachary A. Ives
Garcia Ives Nowara
Albuquerque, New Mexico

--and--

Mark Fine
Charlotte Itoh
Fine Law Firm
Albuquerque, New Mexico

> *Attorneys for the Plaintiff*

Michael S. Jahner
Yenson, Lynn, Allen & Wosick, PC
Albuquerque, New Mexico

> *Attorneys for Defendant Dale Greffet*

Deborah D. Wells
Kennedy, Moulton & Wells, PC
Albuquerque, New Mexico

--and--

Christina G. Retts
Struck Wieneke & Love
Chandler, Arizona

> *Attorneys for Defendants Carlos Vallejos, Arlene Hickson, and Corrections Corporation of America*