IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL PEÑA,

    Plaintiff,

    v.

DALE GREFFET, in his individual capacity, and
CARLOS VALLEJOS, in his individual capacity,
and CORRECTIONS CORPORATION OF
AMERICA,

    Defendants.

No. CIV 12-710 JB/KBM

## ORDER OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE

IT IS HEREBY ORDERED granting the Stipulation for Dismissal of All Defendants With Prejudice in the above-entitled action as they have been settled, and therefore the claims shall be dismissed in their entirety, and Defendants Carlos Vallejos, Corrections Corporation of America, and Dale Greffet be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Christina Retts
Christina Retts
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1616
*Attorney for CCA Defendants*

- 2 -

Approved as to form:

/s/ Christina Retts (with authority)
Mark D. Fine
FINE LAW FIRM
220 Ninth Street NW
Albuquerque, NM 87102

Zachary A. Ives
GARCIA IVES NOWARA
924 Second Street NW, Suite A
Albuquerque, NM 87102

*Attorneys for Plaintiff*

/s/ Christina Retts (with authority)
Michael S. Jahner
YENSON, ALLEN & WOSICK, P.C.
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736

*Attorney for Defendant Greffet*