IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRYSTAL PENA,

    Plaintiff,

vs.                                          No. CIV 12-0710 JB/KBM

DALE GREFFET and CARLOS VALLEJOS,
in their individual capacities; ARLENE
HICKSON, in her individual and official
capacities and CORRECTIONS
CORPORATION OF AMERICA,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Order, filed March 31, 2014 (Doc. 73); (ii) the Second Amended Complaint, filed April 8, 2015 (Doc. 122); (iii) the Stipulation for Dismissal of All Defendants with Prejudice, filed November 30, 2015 (Doc. 199)("Stipulation"); and (iv) the Order of Dismissal of All Defendants with Prejudice, filed November 30, 2015 (Doc. 200)("Order of Dismissal").  In the Order, the Court granted Defendant Carlos Vallejos' Motion to Dismiss Plaintiff's Claims in the First Amended Complaint, filed March 18, 2013 (Doc. 32), and dismissed Defendant Carlos Vallejos as a party.  See Order at 1.  In the Second Amended Complaint, Plaintiff Crystal Pena dropped Defendant Arlene Hickson as a Defendant.  See Second Amended Complaint at 1-2.  In the Stipulation, Pena, Vallejos, and Defendants Corrections Corporation of America, and Greffet, "stipulate that all claims filed against Defendants Carlos Vallejos, Corrections Corporation of America, and Dale Greffet in the above-entitled action have been settled and therefore the claims shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs."  Stipulation at 1.  The Court

granted the Stipulation and dismissed the claims in the Order of Dismissal.  See Order of Dismissal at 1.  Accordingly, the Court enters final judgment pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

  **IT IS ORDERED** that final judgment is entered, and this action is dismissed.

             _____
             UNITED STATES DISTRICT JUDGE

*Counsel*:

Zachary A. Ives
Garcia Ives Nowara
Albuquerque, New Mexico

--and--

Mark Fine
Charlotte Itoh
Fine Law Firm
Albuquerque, New Mexico

  *Attorneys for the Plaintiff*

Michael S. Jahner
Yenson, Allen & Wosick, P.C.
Albuquerque, New Mexico

  *Attorney for Defendant Dale Greffet*

Deborah D. Wells
Kennedy, Moulton & Wells, PC
Albuquerque, New Mexico

--and--

Christina G. Retts
Struck Wieneke & Love
Chandler, Arizona

  *Attorneys for Defendants Carlos Vallejos, Arlene Hickson, and Corrections Corporation of America*